UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-01357-TLN-KJN |
| | No. 2:23-cv-01360-TLN-KJN |
| | No. 2:23-cv-01366-TLN-KJN |
| | No. 2:23-cv-01367-TLN-KJN |
| | No. 2:23-cv-01368-TLN-KJN |
| | No. 2:23-cv-01370-TLN-KJN |
| | No. 2:23-cv-01371-TLN-KJN |
| | No. 2:23-cv-01372-TLN-KJN |
| | No. 2:23-cv-01373-TLN-KJN |
| | No. 2:23-cv-01374-TLN-KJN |
| | **ORDER** |

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2: 18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2: 18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1        Pursuant to the amended vexatious litigant order, the undersigned reviewed the complaints/petitions filed in the cases listed in the caption above.  The Court finds the complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's Alameda County conviction.

        Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01357, 2:23-cv-01360, 2:23-cv-01366, 2:23-cv-01367, 2:23-cv-01368, 2:23-cv-01370, 2:23-cv-01371, 2:23-cv-01372, 2:23-cv-01373 and 2:23-cv-01374 are DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be accepted in any of the above referenced cases.

        IT IS SO ORDERED.

Date:  August 4, 2023

_____
Troy L. Nunley
United States District Judge